

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

William Arnett,

Vs. No. 11-24-00178-CR

The State of Texas,

* From the 244th District Court
of Ector County,
Trial Court No. C-23-0621-CR.

* July 25, 2024

* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.